No. 566. WARD TRANSPORT, INC. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of Colorado. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Nuel D. Belnap* and *Albert L. Vogl* for appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Walter R. McFarland* and *Eldon Martin* for the Atchison, Topeka & Santa Fe Railway Co. et al., appellees.

No. 577. PAINTERS' DISTRICT COUNCIL No. 22, BROTHERHOOD OF PAINTERS, DECORATORS & PAPERHANGERS OF AMERICA (A. F. L.), ET AL. *v.* AUSTIN ET AL. Appeal from the Supreme Court of Michigan. *Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was taken as a petition for writ of certiorari, as required by 28 U. S. C. § 2103, certiorari is denied. *Edward N. Barnard* for appellants.

No. 581. TERRY *v.* CITY OF PORTLAND ET AL. Appeal from the Supreme Court of Oregon. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. The motion of the appellees to adjudge as damages double costs is denied. *Wilber Henderson* for appellant. *Alexander G. Brown* for appellees.